UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANGELA DAWN DOWLING,

    *Plaintiff,*

v.

THE PEOPLE OF THE COURT, et al.,

    *Defendants.*

No. 25-cv-13278-PGL

### REPORT AND RECOMMENDATION FOR DISMISSAL AND ORDER OF REASSIGNMENT

LEVENSON, U.S.M.J.

    On November 4, 2025, Angela Dawn Dowling, filed a Complaint. Docket No. 1. Although the precise nature of the claim is unclear, the Complaint and its attachments refer to, amongst other things, police brutality, legal malpractice, assault, fraud, etc. *See id.* at 4. On November 5, 2025, I entered an Order (Docket No. 4) denying, without prejudice, Plaintiff's Motion (Docket No. 2) for leave to proceed *in forma pauperis*. That order notified Plaintiff that, in order to proceed with this action, she must pay the $405 filing fee or else file a renewed application in which she provides a complete response to all the questions by November 26, 2025. Docket No. 4. I further notified Plaintiff that failure to submit a completed application for leave to proceed without paying fees may result in dismissal of this action by a District Judge. *Id.* The deadline has passed, and Plaintiff has not paid the filing fee nor has she submitted a renewed application for leave to proceed *in forma pauperis*.

In accordance with the Court's previous Memorandum and Order (Docket No. 4), I **RECOMMEND** that this action be **DISMISSED**.

I **ORDER** the Clerk to reassign this case to a district judge for consideration of this recommendation.

                                                      /s Paul G. Levenson
                                                      Paul G. Levenson
                                                      U.S. MAGISTRATE JUDGE

Dated: February 18, 2026

## NOTICE OF RIGHT TO OBJECT

In accordance with Rule 3 of the Rules for United States Magistrate Judges in the United States District Court for the District of Massachusetts, the parties are advised that under the provisions of Federal Rule of Civil Procedure 72(b) or Federal Rule of Criminal Procedure 59(b), any party who objects to these proposed findings and recommendations must file specific written objections thereto with the Clerk of this Court within 14 days of the party's receipt of this Report and Recommendation. The written objections must specifically identify the portion of the proposed findings, recommendations, or report to which objection is made and the basis for such objections. The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Rule 72(b) will preclude further appellate review of the District Court's order based on this Report and Recommendation. *See Keating v. Sec'y of Health & Hum. Servs.*, 848 F.2d 271 (1st Cir. 1988); *United States v. Emiliano Valencia-Copete*, 792 F.2d 4 (1st Cir. 1986); *Park Motor Mart, Inc. v. Ford Motor Co.*, 616 F.2d 603 (1st Cir. 1980); *United States v. Vega*, 678 F.2d 376, 378-379 (1st Cir. 1982); *Scott v. Schweiker*, 702 F.2d 13, 14 (1st Cir. 1983); *see also Thomas v. Arn*, 474 U.S. 140 (1985).